## 49518. REGISTER v. KANDLBINDER.

DEEN, Judge.

The dismissal of a counterclaim is not such a judgment as under Code Ann. § 6-701 (a1) leaves the cause no longer pending in the trial court. Absent a certificate of immediate review, the appeal is premature. *O'Kelley v. Evans,* 223 Ga. 512 (156 SE2d 450); *Cook v. Peeples,* 227 Ga. 473 (181 SE2d 375); *Conte Enterprises, Inc. v. Romax Construction Co.,* 128 Ga. App. 121 (195 SE2d 798); *Williams v. Horn,* 124 Ga. App. 485 (184 SE2d 198).

*Appeal dismissed. Eberhardt, P. J., and Stolz, J., concur.*

ARGUED JUNE 27, 1974 — DECIDED JULY 5, 1974 —
REHEARING DENIED JULY 17, 1974 —

*Joseph B. Bergen,* for appellant.
*Andrew J. Ryan, Jr., District Attorney, Howard A. McGlasson, Jr.,* for appellee.